1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  DANIEL EARLE BOYER,              ) 1:05-cv-00012-AWI-SMS
                                    )
11               Plaintiff,         ) ORDER DIRECTING PLAINTIFF TO
                                    ) SUBMIT A COMPLETED APPLICATION TO
12                                  ) PROCEED IN FORMA PAUPERIS OR PAY
         v.                         ) THE FILING FEE WITHIN THIRTY DAYS
13                                  ) OF SERVICE OF THIS ORDER
     ANNE FRANCES PETERS,           )
14                                  ) ORDER DIRECTING THE CLERK TO SEND
                 Defendant.         ) TO PLAINTIFF A BLANK IN FORMA
15                                  ) PAUPERIS APPLICATION FOR A PERSON
     _____) NOT IN CUSTODY

16

17        Plaintiff is proceeding pro se with an action for damages

18  and other relief concerning alleged civil rights violations. The

19  matter has been referred to the Magistrate Judge pursuant to 28

20  U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

21        On January 5, 2006, Plaintiff filed a complaint and

22  application to proceed in forma pauperis. However, the only data

23  submitted by Plaintiff with respect to his qualifications to

24  proceed in forma pauperis was Plaintiff's earning less than

25  $500.00 per month. No information was given regarding other

26  indicators of Plaintiff's financial status. Further, Plaintiff

27  did not sign an application or submit it under penalty of

28  perjury. The Court is thus unable to determine whether or not

1

1  Plaintiff should be permitted to proceed in forma pauperis.

2      However, Plaintiff has neither paid the $250.00 filing fee

3  nor submitted an application to proceed in forma pauperis.

4      Accordingly, IT IS ORDERED that

5      1. Plaintiff IS DIRECTED either to pay the $250.00 filing

6  fee or to file a completed application to proceed in forma

7  pauperis no later than thirty days after the date of service of

8  this order; and

9      2. The Clerk of Court IS DIRECTED to send to Plaintiff with

10  this order a copy of a blank application to proceed in forma

11  pauperis for a person not in custody; and

12      3. Plaintiff is informed that a failure to comply in a

13  timely fashion with the Court's directions will be considered to

14  be a failure to comply with an order of the Court within the

15  meaning of Local Rule 11-110 and may result in dismissal of the

16  action.

17

18  IT IS SO ORDERED.

19  **Dated:    January 24, 2006**              **/s/ Sandra M. Snyder**
    icido3                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2