UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL EARLE BOYER, | ) | 1:06-cv-00012-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| | ) | PLAINTIFF'S MOTION FOR INJUNCTIVE |
| v. | ) | RELIEF (DOCS. 7, 9) |
| | ) | |
| ANNE FRANCES PETERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations.

On February 28, 2006, the Court ordered Plaintiff's complaint, which was filed on January 5, 2006, dismissed with leave to file a first amended complaint by March 31, 2006. Plaintiff has not filed an amended complaint. The initial complaint concerned property matters that had been adjudicated, or were being adjudicated, by a state court. Plaintiff filed a motion for injunctive relief on February 27, 2006.

On March 9, 2006, the Magistrate Judge filed findings and a recommendation that Plaintiff's motion for injunctive relief be denied. The findings and recommendation were served on all parties and contained notice that any objections to the findings

1

and recommendations were to be filed within ten (10) court days of the date of service of the order. On March 27, 2006, Plaintiff filed objections. The undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis. "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; *it may not attempt to determine the rights of persons not before the court*." <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added). As explained by the Magistrate Judge, the court has dismissed Plaintiff's complaint with leave to amend. Plaintiff is not entitled to preliminary injunctive relief until such time as the court finds that Plaintiff's complaint contains cognizable claims for relief against the named defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed March 9, 2006, are ADOPTED IN FULL; and
2. Plaintiff's motion for injunctive relief IS DENIED.

IT IS SO ORDERED.

**Dated: March 29, 2006**             /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

2