UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EARLE BOYER,<br><br>          Plaintiff,<br><br>     v.<br><br>ANNE FRANCES PETERS,<br><br>          Defendant.<br>_____ | ) 1:06-cv-00012-AWI-SMS<br>)<br>) ORDER GRANTING PLAINTIFF'S<br>) REQUEST FOR AN EXTENSION OF TIME<br>) TO FILE OBJECTIONS (DOC. 17)<br>)<br>)<br>)<br>)<br>)<br>) |

    Plaintiff is proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations.

    On October 10, 2006, Plaintiff filed a request for an extension of time to file objections to the findings and recommendations filed on September 5, 2006.

    Plaintiff's request for an extension of time will be granted. However, no further such extensions will be allowed absent a showing of good cause.

/

//

///

1

Accordingly, it IS ORDERED that Plaintiff may file objections no later than thirty days after the date of service of this order.

IT IS SO ORDERED.

**Dated:    October 17, 2006            /s/ Sandra M. Snyder**
icido3                       UNITED STATES MAGISTRATE JUDGE